## IN THE NORTHERN DISTRICT COURT OF FORT WORTH TEXAS

*Prime Minister Vladimir Putin of Russia*

*Lakeshia Edmond*

*Kelvin Sims*

*Reverend Charles Hellom Sr*

*Reverend James Murry Sr.*

*Plaintiff (s)*

VS.

*Smile Nau*

*Governor Greg Abbott*

*Truist National Bank*

*Wells Fargo Bank*

*Kimpton Harper IHG Brand Hotel its subsidies and financial institution*

*Tarrant County Constable Office*

*Defendant(s)*

### Petition

Now comes on the 23rd of August 2024, Plaintiff Lakeshia Edmond files in the Northern District Court of Fort Worth Texas before International Russian Government Prime Minister Vladimir Putin to seek the permission of the International Russian Government Prime Minister, Vladimir Putin to file this new tort case against Smile Nau, Truist National Bank and Tarrant County Constable Office, Governor Greg Abbott, regarding the matter of the Defendant's Smile Nau intentional acts of referencing the Plaintiff, Lakeshia Edmond as the "n word ".

Plaintiff Lakeshia Rashawn Edmond files that she sent the Tarrant County Constable Office Manager Smile Nau an email regarding her comments, but has failed to respond and Plaintiff Lakeshia Edmond files that the Defendant, Smile Nau who also has a history of not responding to the Plaintiff Lakeshia Edmond and is negligent to the Plaintiff Lakeshia Edmond regarding filed citations in the Plaintiff's name.

Plaintiff Lakeshia Edmond states that because of the matter of misconduct that the Tarrant County Constable Office Manager Smile Nau continues to show ,Plaintiff Lakeshia Edmond files that she is entitled too the matter of relief she seeks being the Defendant's, Truist National Bank and thus also Wells Fargo Bank its subsidies and financial institution from case 3110377 cause number 60-cv-18-2642, and thus Plaintiff Lakeshia Edmond states that she is entitled to file this new tort suit as a Motion for Default Judgment, due to Plaintiff Lakeshia Edmond files that she stated to the Defendant, Smile Nau to respond to her matte of the alleged racial slur, the "n word".

Plaintiff Lakeshia Edmond files that none of the Defendants may have any form of any legal counsel as well as the Defendant, Smile Nau is also liable for the matter of the Writ of Possession, Garnishment and Execution for the matter of Junction Crossing Pegasus Residential LLC, in which Defendant, Smile Nau is aware that the Plaintiff Lakeshia Edmond files is homeless and thus Plaintiff Lakeshia Edmond alleges, that the Tarrant County Constable Office Manager, Smile Nau is bias regarding the race of the Plaintiff Lakeshia Edmond and the matter of the signed Writ of Possession for the property 10001 N Frwy Fort Worth Texas.

*[handwritten annotation: Open new accounts in the Sundance Square brunch]*

   *Wherefore without having any attorney or legal counsel reiterated by the Plaintiff, Lakeshia Edmond states in the Northern District Court of Fort Worth Texas before International Russian Government Prime Minister Vladimir Putin and the removal of Judge Hal in the Northern District Court of Fort Worth Texas before International Russian Government Prime Minister Vladimir Putin who has full jurisdiction over the Northern District Court of Fort Worth Texas and presiding over this case is Governor Asa Hutchinson Sr ad former Us President William Jefferson Clinton to ensure the fairness to the Plaintiff, Lakeshia Edmond and current US and International NATO member, Plaintiff, Prime Minister Vladimir Putin.*

  *Defendant Smile Nau is not permitted to respond at this point since the Defendant, Smile Nau failed to respond to the email, in which witness to the email is in law Tarrant County Constable Officer, Shelby Kauntz.*

Regards,

*[signature]*

*Lakeshia Edmond*

*4364 Western Center Blvd #1261*

*Fort Worth Texas 76137*

*501-716-0014*

*Lakeshiaedmond77@gmail.com*

ARKANSAS DEPARTMENT OF HEALTH
Division of Vital Records
CERTIFICATE OF LIVE BIRTH

MAY 08 1980            103 *19 035548

Child's Name: LaKeshia RaShawn Edmond — F — Nov. 29, 1979 — 4:27 p.

Place of Birth: Jefferson Hospital, Pine Bluff, Jefferson

Attendant: Robert Clark, M.D. — 4/23/80
1310 Cherry ... Pine Bluff, Ark. 71601

Mother: Rita Diane Edmond
Residence: Arkansas, Jefferson, Pine Bluff, 71601
Rt. 3 Box 420

Informant: Rita Diane Edmond — Mother

Race of mother: Black
Birth weight: 7 lb 1½ oz
Marital status: Single
Date last normal menses began: Mar. 28, 1979
Month of pregnancy prenatal care began: Fourth
Prenatal visits: Nine
Apgar: 9, 10
Complications of labor and/or delivery: None
Induced: No
Congenital malformations or anomalies of child: None
Mother's blood type: O Pos.
Operation for delivery: Epis.

35 (4a) / (5ac) / (7c) 04 (8ab) 04 735 (12) 2 (13)

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON ... ARKANSAS DEPARTMENT OF HEALTH

9/26/2023

8802512

**Fwd: Liability for your remark of reference to the Plaintiff Lakeshia Edmond as the "n word"...**

LaKeshia Edmond <lakeshiaedmond77@gmail.com>
Fri 8/23/2024 1:04 PM
To:The UPS Store #5318 <store5318@theupsstore.com>

📎 1 attachments (4 MB)
IMG_20231005_062158_01.jpg;

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

---------- Forwarded message ---------
From: **LaKeshia Edmond** <lakeshiaedmond77@gmail.com>
Date: Sat, Aug 17, 2024, 10:43 AM
Subject: Re: Liability for your remark of reference to the Plaintiff Lakeshia Edmond as the "n word"...
To: CON 1 - Mailbox <constablepct1@tarrantcounty.com>, CON 1 - Mailbox <MB_ConstablePCT1@tarrantcountytx.gov>, District Clerk <dclerk@tarrantcounty.com>
Cc: <detention@rusconshouston.org>, Privacy <privacy@hq.dhs.gov>, <Info@gregabbott.com>


OK, since we have a claim or rebuttal and this is still arbitration, Prime Minister Vladimir Putin as well as the Governor of Texas and Homeland Security Administration and those who are not legally involved has no interest of the Plaintiff Lakeshia Edmond and she has not made that known because of the matter of Robert Lee Edmond's death and others of the State of Arkansas and being the intentional acts of the State of Texas Government employee, Smile Nau who frauds in the matter of Keyshia Cole and Keshia Knight Pulliam. What do you men the "n word". According to the attached birth certificate, Ms. Edmond's race is black but still inaccurate. However I am alleging that you, Smile Nau are referring to my race and I need your response by Tuesday morning 10 AM or Uncle I want her dismissed until filed.


On Sat, Aug 17, 2024, 10:20 AM LaKeshia Edmond <lakeshiaedmond77@gmail.com> wrote:
> Convicted FBI Agent Derrick Edmond does not want in his wallet so please pay me as a government official of the Department of Justice, you have insulted me and violated my civil rights which is not that of my birth certificate. I am not listed as a nigger
>
> On Sat, Aug 17, 2024, 10:13 AM LaKeshia Edmond <lakeshiaedmond77@gmail.com> wrote:
>> It's a freedom of speech Smile Nau...
>>
>> On Sat, Aug 17, 2024, 10:10 AM LaKeshia Edmond <lakeshiaedmond77@gmail.com> wrote:

# I am sharing 'Smile Nau' with you

LaKeshia Edmond <lakeshiaedmond77@gmail.com>

Fri 8/23/2024 1:04 PM

To:The UPS Store #5318 <store5318@theupsstore.com>

📎 1 attachments (17 KB)

Smile Nau.docx;

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Hi please ensure that this matter is not 21 days and your response is due immediately on Tuesday before ten AM

Case 4:24-cv-00805-O    Document 1    Filed 08/23/24    Page 7 of 7    PageID 7

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

AUG 23 2024 PM 2:23
RECEIVED-USDC-NDTX-FW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Prime Minister Vladimir Putin, Takeshi Edmond Tarrant

**DEFENDANTS** Smile Now, et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
NA

Attorneys *(If Known)*
NA

4-24CV-805-O

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | [ ] 3 | Foreign Nation | [X] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Description

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | [X] 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| 210 Land Condemnation | [X] 440 Other Civil Rights / Habeas Corpus | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [X] 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 448 Education / 550 Civil Rights | 465 Other Immigration Actions |  |  |
|  | 555 Prison Condition |  |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 440; 890; 2

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____